**12-80217-CR-RYSKAMP/HOPKINS**

Filed by ____ D.C.
ELECTRONIC
NOV 27, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By: /s/ Brown
          D.C. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:11CR00229 JLH |
| | ) | |
| JOHN SKEFFINGTON | ) | |

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE
## (Under Rule 20)

I, John Skeffington, defendant represented by counsel, am aware of the indictment pending against me in the above designated cause. I wish to accept the offer of the United States to plead guilty to certain of the offenses charged, to consent to the disposition of the case in the Southern District of Florida in which I currently reside, and to waive trial in the above-captioned District.

Dated: 9-13-12 at _____.

JOHN SKEFFINGTON
Defendant

LATRECE GRAY
Counsel for Defendant

APPROVED

United States Attorney for the
Eastern District of Arkansas

United States Attorney for the
Southern District of Florida

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ C. Young D.C. on
**Nov 21, 2012**
For the United States District Court
Eastern District of Arkansas

CLOSED

# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CRIMINAL DOCKET FOR CASE #: 4:11-cr-00229-JLH All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Skeffington | Date Filed: 10/05/2011 |
| | Date Terminated: 11/21/2012 |

Assigned to: Judge J. Leon Holmes

### Defendant (1)

**John Skeffington**  
*TERMINATED: 11/21/2012*

represented by **Latrece E. Gray**  
Federal Public Defenders Office  
The Victory Building  
1401 West Capitol Avenue  
Suite 490  
Little Rock, AR 72201  
501-324-6113  
Fax: 501-324-6128  
Email: Latrece_Gray@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1341 Mail Fraud<br>(1-21) | Rule 20 Transfer to Southern District of Florida |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

**USA**   represented by **John E. Bush**

U. S. Attorney's Office - Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: john.bush@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2011 | 1 | INDICTMENT as to John Skeffington on Counts 1-21. (kbc) (Entered: 10/06/2011) |
| 10/06/2011 | 🔒 | Summons Issued as to John Skeffington: Plea & Arraignment set for 10/25/2011 at 10:00 AM in Little Rock Courtroom # 2C before Magistrate Judge Joe J. Volpe. (kbc) (Entered: 10/06/2011) |
| 10/25/2011 | 2 | CJA 23 Financial Affidavit (sealed) by John Skeffington.(cby) (Entered: 10/25/2011) |
| 10/25/2011 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Latrece E. Gray for John Skeffington. Signed by Magistrate Judge Joe J. Volpe on 10/25/2011. (cby) (Entered: 10/25/2011) |
| 10/25/2011 | 4 | Minute Entry for proceedings held before Magistrate Judge Joe J. Volpe: Initial Appearance, Plea & Arraignment as to John Skeffington for counts 1-21 held on 10/25/2011. Not Guilty Plea entered by Defendant. AFPD Latrece Gray, AUSA John Bush & ECRO Stacy Williams. (cby) (Entered: 10/25/2011) |
| 10/25/2011 | 5 | ORDER Setting Conditions of Release as to John Skeffington (1) O/R. Signed by Magistrate Judge Joe J. Volpe on 10/25/2011. (cby) (Entered: 10/25/2011) |
| 10/25/2011 | 6 | NOTICE OF HEARING as to John Skeffington. Jury Trial set for 11/28/2011 at 9:15 AM in Little Rock Courtroom # 4D before Chief Judge J. Leon Holmes.(cby) (Entered: 10/25/2011) |
| 11/01/2011 | 7 | PRETRIAL DISCOVERY ORDER in case as to John Skeffington. Signed by Chief Judge J. Leon Holmes on 11/1/11. (cdw) (Entered: 11/01/2011) |
| 11/23/2011 | 8 | Unopposed MOTION to Continue by John Skeffington (Gray, Latrece) (Entered: 11/23/2011) |
| 12/02/2011 | 9 | ORDER TO CONTINUE - Ends of Justice as to John Skeffington. Jury Trial rescheduled for 5/21/2012 at 9:15 AM, in Little Rock, Arkansas. Signed by Chief Judge J. Leon Holmes on 12/2/2011. (dmn) (Entered: 12/02/2011) |
| 05/14/2012 | 10 | Unopposed MOTION to Continue by John Skeffington (Gray, Latrece) (Entered: 05/14/2012) |
| 05/18/2012 | 11 | ORDER TO CONTINUE - Ends of Justice: Jury Trial set for 11/26/2012 at 9:15 AM as to John Skeffington. Signed by Chief Judge J. Leon Holmes on 5/18/2012. (kbc) (Entered: 05/18/2012) |
| 11/20/2012 | 12 | Unopposed MOTION to Continue by John Skeffington (Gray, Latrece) (Entered: 11/20/2012) |
| 11/20/2012 | 13 | ORDER TO CONTINUE - Ends of Justice as to John Skeffington: Jury Trial set |

| | | |
|---|---|---|
| | | for 4/8/2013 at 9:15 AM before Judge J. Leon Holmes. Signed by Judge J. Leon Holmes on 11/20/2012. (fcd) (Entered: 11/20/2012) |
| 11/21/2012 | 14 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida. Counts closed as to John Skeffington counts 1-21. (cby) (Entered: 11/21/2012) |
| 11/21/2012 | 🔒 | (Court only) ***Set CLOSED and Cleared Released Flags as to John Skeffington. (cby) (Entered: 11/21/2012) |